IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 3:20-CV-01151-M |
| | § | |
| HILLSTONE RESTAURANT GROUP, | § | |
| INC. D/B/A R+D KITCHEN, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S MOTION TO REMAND AND BRIEF IN SUPPORT

## CERTIFICATE OF CONFERENCE

On May 8, 2020, at approximately 7:39 p.m., the undersigned emailed counsel for Plaintiff, Brent Walker and Charla G. Aldous, to confer whether they oppose this Motion. Attached as Exhibit A are the "read receipts."  A second email was sent at 9:00 p.m.  As of this filing we have not received a response. We will amend this certificate of conference if a response is received.



_____
Rogge Dunn

Defendant Hillstone Restaurant Group, Inc. d/b/a R+D Kitchen (hereinafter

"Defendant") files this Motion to Remand and Brief in Support (the "Motion"), and states:

1. On May 7, 2020, Plaintiff Jane Doe (hereinafter "Plaintiff") filed suit against Defendant in the District Court of Dallas County, Texas. That same day, Defendant timely removed this case to federal court.

2. Defendant no longer wishes to maintain this action in federal court, and therefore files this Motion seeking to remand this case back to state court. Accordingly, Defendant respectfully requests that the Court enter the Order of Remand submitted herewith and remand this case to the District Court of Dallas County, Texas.

        Respectfully submitted,

        _____
        **R. ROGGE DUNN**
        Texas Bar No. 06249500

        E-mail: Dunn@trialtested.com

        **GREGORY M. CLIFT**
        State Bar No. 00795835
        E-mail: clift@roggedunngroup.com

        **ROGGE DUNN GROUP, PC**
        500 N. Akard Street, Suite 1900
        Dallas, Texas 75201
        Telephone: (214) 888-5000
        Facsimile: (214) 220-3833

        **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via the Court's e-filing system on May 8, 2020:

Charla G. Aldous     VIA ECF
caldous@aldouslaw.com
Brent R. Walker
bwalker@aldouslaw.com
Aldous\Walker, LLP
4311 Oak Lawn Ave., Suite 150
Dallas, TX 75219

Chelsea Priest     VIA EMAIL:
Law Clerk to Honorable Chief Judge     Chelsea_Priest@txnd.uscourts.gov
Barbara M.G. Lynn
United States District Court for the
Northern District of Texas

_____
Rogge Dunn