IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | C.A. No. 3:20-CV-01151-M |
| HILLSTONE RESTAURANT GROUP, | § | |
| INC. D/B/A R+D KITCHEN, | § | |
| | § | |
| Defendant. | § | |

**AMENDED CERTIFICATE OF CONFERENCE TO REMAND AND BRIEF IN SUPPORT**

Defendant has received written confirmation from opposing counsel that they do not oppose this motion.

Respectfully submitted,

_____
**R. ROGGE DUNN**
Texas Bar No. 06249500

E-mail: Dunn@trialtested.com

**GREGORY M. CLIFT**
State Bar No. 00795835
E-mail: clift@roggedunngroup.com

**ROGGE DUNN GROUP, PC**
500 N. Akard Street, Suite 1900
Dallas, Texas 75201
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on all counsel of record listed below via the Court's e-filing system on May 9, 2020:

| | |
|---|---|
| Charla G. Aldous<br>caldous@aldouslaw.com<br>Brent R. Walker<br>bwalker@aldouslaw.com<br>Aldous\Walker, LLP<br>4311 Oak Lawn Ave., Suite 150<br>Dallas, TX 75219 | VIA ECF |
| Chelsea Priest<br>Law Clerk to Honorable Chief Judge<br>Barbara M.G. Lynn<br>United States District Court for the<br>Northern District of Texas | VIA EMAIL:<br>Chelsea_Priest@txnd.uscourts.gov |

                                                                     _____
                                                                      Rogge Dunn