IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:20-cv-01151-M |
| | § | |
| HILLSTONE RESTAURANT GROUP, INC. | § | |
| d/b/a/ R & D KITCHEN, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |
| | § | |

## ORDER

Before the Court is the Unopposed Motion to Remand, filed by Defendant Hillstone Restaurant Group, Inc. The Motion is GRANTED.

This Order is without prejudice to Plaintiff filing a motion for attorneys' fees.

This case is REMANDED to the 116th Judicial District Court, Dallas County, Texas.

**SO ORDERED**.

May 9, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE

1