IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JANE DOE, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | C.A. No. 3:20-CV-01151-M |
| § | | |
| HILLSTONE RESTAURANT GROUP, § | | |
| INC. D/B/A R+D KITCHEN, § | | |
| § | | |
| Defendant. § | | |

## MOTION TO DISMISS
## PLAINTIFF'S MOTION FOR ATTORNEY'S FEES UNDER
## 28 U.S.C. § 1447(C) AND SANCTIONS UNDER FED R. CIV P. 11 [DOC. 8]

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE LYNN:

Plaintiff Jane Doe files this motion and would show the Court the following:

1. On May 7, 2020, Plaintiff Jane Doe filed suit against Defendant in the District Court of Dallas County, Texas. That same day, Defendant timely removed this case to federal court.

2. On May 8, 2020, Defendant voluntarily sought to remand this matter to Texas state district court. Doc. 5.

3. On May 9, 2020, the Court remanded this matter to Texas state district court without prejudice to Plaintiff filing a motion for attorneys' fees. Doc. 7.

4. On May 14, 2020, Plaintiff filed her motion for attorneys' fees and sanctions. Doc. 8.

**MOTION TO DISMISS PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER 28 U.S.C. § 1447 (C) AND SANCTIONS UNDER FED. R. CIV. P. 11 [DOC. 8]**

R:\3\3569\001\SubPldgs\Drafts\Federal Court\Motion to Dismiss.docx    1

5. Plaintiff no longer wishes to proceed with her claims against Defendant, including seeking attorneys' fees and sanctions in this matter.

6. Accordingly, Plaintiff respectfully requests that the Court enter an order dismissing the attorney fee and sanctions request and closing this matter. Plaintiff submits an agreed order with this filing.

Respectfully submitted,

  /s/ Charla G. Aldous
Charla G. Aldous
State Bar. No. 20545235
caldous@aldouslaw.com

Brent R. Walker
State Bar No. 24047053
bwalker@aldouslaw.com

**ALDOUS\WALKER LLP**
4311 Oak Lawn Ave.
Suite 150
Dallas, TX 75219
Phone: (214) 526-5595
Fax:  (214) 526-5525

**ATTORNEYS FOR PLAINTIFF**

**MOTION TO DISMISS PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER 28 U.S.C. § 1447 (C) AND SANCTIONS UNDER FED. R. CIV. P. 11 [DOC. 8]**

R:\3\3569\001\SubPldgs\Drafts\Federal Court\Motion to Dismiss.docx                                                                                  2

## CERTIFICATE OF CONFERENCE

I certify that the Parties conferred and mutually agree to this relief, so this Motion is being submitted to the Court as Agreed along with an Agreed Order that both Parties have approved for entry.

_____
**CHARLA ALDOUS**
**BRENT R. WALKER**

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above and foregoing instrument was served on all the Parties' counsel of record pursuant to the Rules, on the \_\_\_\_\_ day of _____, 20\_\_\_\_, addressed as follows:

| | |
|---|---|
| Rogge Dunn, Esq.<br>Gregory M. Clift, Esq.<br>**ROGGE DUNN GROUP, PC**<br>500 N. Akard Street<br>Suite 1900<br>Dallas, Texas 75201 | ☐ **VIA ECF / PORTAL**<br>☐ **VIA OVERNIGHT DELIVERY**<br>☐ **VIA HAND-DELIVERY**<br>☐ **VIA FIRST CLASS MAIL**<br>☐ **VIA FAX:** (214) 220-3833<br>☐ **VIA EMAIL:** dunn@trialtested.com<br>☐ **VIA EMAIL:** clift@roggedunngroup.com<br>☐ **VIA CMRRR:** |

_____

_____
**CHARLA ALDOUS**
**BRENT WALKER**

**MOTION TO DISMISS PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER 28 U.S.C. § 1447 (C) AND SANCTIONS UNDER FED. R. CIV. P. 11 [DOC. 8]**

R:\3\3569\001\SubPldgs\Drafts\Federal Court\Motion to Dismiss.docx                     3